United States District Court
Southern District of Texas
**ENTERED**
June 29, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MAYLEVIS LAZARA DELGADO RODRIGUEZ, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. H-26-2439 |
| v. | § § | |
| TODD M. LYONS, *et al.*, | § § | |
| Respondents. | § § | |

## DISMISSAL ORDER

The federal respondents have filed a status report explaining that the petitioner, Maylevis Lazara Delgado Rodriguez, voluntarily departed the country on June 5, 2026.  (Docket Entry No. 8).  This case is dismissed, without prejudice, as moot.  All pending motions are terminated as moot.

SIGNED on June 29, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge